UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JOHN CONTINO,

          Petitioner,

    - against -

UNITED STATES OF AMERICA,

          Respondent.

--------------------------------------------------------X

NOTICE OF APPEARANCE

07 Cv . 7084 (NRB)
04 Cr. 273 (NRB)

    PLEASE TAKE NOTICE that JEREMY GUTMAN appears of counsel to Michael S. Washor, attorney for petitioner JOHN CONTINO in the above-captioned proceeding.

Dated:    New York, New York
             September 20, 2007

_____
JEREMY GUTMAN
251 East 61st Street
New York, New York 10065
(212) 644-5200