UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JOHN CONTINO,
                Petitioner,

      - against -                            07 Civ. 7084 (NRB)

UNITED STATES OF AMERICA,         NOTICE OF APPEAL

                Respondent.

-------------------------------------------------------X

     Notice is hereby given that John Contino, petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order, dated December 28, 2007, denying his petition for relief pursuant to 28 U.S.C. § 2255.

                                                          /s/_____
                                                           JEREMY GUTMAN
                                                           251 East 61st Street
                                                           New York, New York 10021
                                                           (212) 644-5200
                                                           *Attorney for Petitioner-Appellant*
                                                           *John Contino*