UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JOHN CONTINO,
                Petitioner,

      - against -

UNITED STATES OF AMERICA,

                Respondent.

-------------------------------------------------------X

APR 01 2008

04 Cr. 273 (NRB)
07 Civ. 7084 (NRB)

NOTICE OF APPEAL

      Notice is hereby given that John Contino, petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order, dated December 28, 2007, denying his petition for relief pursuant to 28 U.S.C. § 2255.

                                            JEREMY GUTMAN
                                            251 East 61st Street
                                            New York, New York 10021
                                            (212) 644-5200
                                            *Attorney for Petitioner-Appellant*
                                            *John Contino*