# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **9**

John Contino

-v-

United States of America

USCA NO. 08-1575pr

SDNY NO. 07 cv 7084
JUDGE: NRB
DATE: 5/13/08

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) Maria Worley
FIRM Law Office of Jeremy Gutman
ADDRESS 351 E 61st
         NY NY 10065
PHONE NO. 212 644 5200

MAY 13 2008

DISTRICT COURT DOCKET ENTRIES ----------

DOCUMENTS                                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( ✓ ) Original Record                                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 13 Day of May, 2008.

United States District Court for
the Southern District of New York

John Contino

-v-

United States of America

Date: 5/13/08

U.S.C.A. # 08-1575 pr

U.S.D.C. # 07 cv 7084

D.C. JUDGE: NRB

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __8__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _____ Day of _____ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

2255, APPEAL, CLOSED, SIMILAR

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07084-NRB
### Internal Use Only

Contino v. United States of America
Assigned to: Judge Naomi Reice Buchwald
Similar Case: 1:04-cr-00273-NRB
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentence

Date Filed: 08/09/2007
Date Terminated: 12/28/2007
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE 04cr273 NRB. Document filed by John Contino. (jeh) (Entered: 08/10/2007) |
| 08/09/2007 | | CASE REFERRED TO Judge Naomi Reice Buchwald as possibly similar to 04cr273. (jeh) (Entered: 08/10/2007) |
| 08/14/2007 | 2 | FIRST MEMORANDUM OF LAW in Support re: 1 Motion to Vacate/Set Aside/Correct Sentence (2255). Document filed by John Contino. (Pinto, Nicholas) (Entered: 08/14/2007) |
| 08/14/2007 | | CASE ACCEPTED AS SIMILAR. Create association to 1:04-cr-00273-NRB. Notice of Assignment to follow. (jmi) (Entered: 08/16/2007) |
| 08/14/2007 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Naomi Reice Buchwald. Judge Unassigned is no longer assigned to the case. (jmi) (Entered: 08/16/2007) |
| 08/14/2007 | | Magistrate Judge Michael H. Dolinger is so designated. (jmi) (Entered: 08/16/2007) |
| 08/14/2007 | | Mailed notice to the attorney(s) of record. (jmi) (Entered: 08/16/2007) |
| 09/20/2007 | 4 | NOTICE OF APPEARANCE by Jeremy Leonard Gutman on behalf of John Contino (Gutman, Jeremy) (Entered: 09/20/2007) |
| 10/23/2007 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Oral Argument held on 10/23/07 re: 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by John Contino. (kco) (Entered: 11/01/2007) |
| 11/07/2007 | 5 | TRANSCRIPT of proceedings held on 10/23/07 before Judge Naomi Reice Buchwald. (kco) (Entered: 11/07/2007) |
| 12/28/2007 | 6 | MEMORANDUM & ORDER as to John Contino. For the foregoing reasons, we deny in its entirety Contino's Petition for a Writ of Habeas Corpus purs to 28:2255. As petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability will not issue. See 28:2253(c). Contino is directed to surrender to the institution designated by the BOP before 2pm on 02/25/08. The clerk of the court is directed to close the case. So Ordered. (related to 04cr273) (Signed by Judge Naomi Reice Buchwald on 12/28/07) (pr) (Entered: 01/02/2008) |
| 01/24/2008 | 7 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - NOTICE of Appeal. Document filed by John Contino. (Gutman, Jeremy) Modified on 4/1/2008 (nar). (Entered: 01/24/2008) |
| 04/01/2008 | 8 | NOTICE OF APPEAL from 6 Memorandum & Opinion. Document filed by John Contino. Filing fee $ 455.00, receipt number E OF 8. ORIGINAL DOCUMENT ENTERED IN CRIMINAL CASE #04cr273-4, DOC #519.] (tp) (Entered: 04/01/2008) |
| 04/01/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 04/01/2008) |
| 04/01/2008 | | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 04/01/2008) |